

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00405-CV

**IN THE INTEREST OF A.F.M.**, a Child

From the 456th District Court, Guadalupe County, Texas
Trial Court No. 23-1600-CV-E
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's memorandum opinion of this date, we MODIFY the trial court's termination order and STRIKE the trial court's finding terminating appellant's parental rights under subsection 161.001(b)(1)(D) of the Texas Family Code. The remainder of the trial court's termination order is AFFIRMED AS MODIFIED. Costs of appeal are not assessed against appellant because he qualifies as indigent.

SIGNED December 4, 2024.

_____
Irene Rios, Justice